## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07cv6342
JUDGE DER-YEGHIAYAN
MAG. JUDGE VALDEZ

In the Matter of

JUDY WILLIAMS, individually and on behalf of all others similarly situated,
v.
WELLS FARGO BANK, N.A.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JUDY WILLIAMS

**FILED**
J.N NOV X 8 2007
NOV X 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| JOSEPH A. WEEDEN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Schiffrin Barroway Topaz & Kessler, LLP |

| STREET ADDRESS |
|---|
| 280 King of Prussia Road |

| CITY/STATE/ZIP |
|---|
| Radnor, PA  19087 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 610-667-7706 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐