UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>        Defendant. | CASE NO.: 07-6342<br><br><br><br>CLASS ACTION COMPLAINT |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Summons and Class Action Complaint were served on Wells Fargo Bank, N.A. on November 19, 2007 as evidenced by the Affidavit of Service attached hereto as Exhibit "A".

Dated: November 27, 2007

                                      SCHIFFRIN BARROWAY TOPAZ &
                                      KESSLER, LLP


                        By: ____/s/_____
                              Joseph H. Meltzer
                              Edward W. Ciolko
                              Joseph A. Weeden
                              280 King of Prussia Road
                              Radnor, PA 19087
                              Telephone: (610) 667-7706
                              Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

LOCAL COUNSEL

**EXHIBIT A**

Judy Williams, et. al., Plaintiff(s)
vs.
Wells Fargo Bank N.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

APS File #: 086397-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

SCHIFFRIN & BARROWAY, LLP
Ms. Kathy Marrone
280 King of Prussia Rd.
Radnor, PA 19087-5108

--Wells Fargo Bank, N.A.
Court Case No. 07-6342

State of: CALIFORNIA ) ss.
County of: SAN FRANCISCO )

**Name of Server:** KYLE WEITZEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19th day of NOVEMBER, 20 07, at 1:00 o'clock P. M

**Place of Service:** at ~~161 California Street~~ 45 FREMONT ST, in San Francisco, CA ~~94104~~ 94105

**Documents Served:** the undersigned served the documents described as:
Summons; Class Action Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Wells Fargo Bank, N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: DYLAN YANEZ, Authorized to ACCEPT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BLACK ; Facial Hair _____
Approx. Age 30 ; Approx. Height 5'7" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 20th day of NO, 20
8/17/08
(Commission Expires)

APS International, Ltd.

JERRY TOPOLOS
COMM. #1506404
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Exp. AUG. 17, 2008