IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. 07 CV 6342<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

**AGREED MOTION TO EXTEND TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE PLEAD**

  Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court extend the time in which Wells Fargo must answer or otherwise respond to the class action Complaint filed by Plaintiff Judy Williams ("Williams").  In support of this Motion, Wells Fargo states as follows:

1. On November 8, 2007, Williams filed her Complaint against Wells Fargo in the United States District Court for the Northern District of Illinois.

2. On November 19, 2007, Wells Fargo was served with the Summons and Complaint.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Wells Fargo must answer or otherwise plead within 20 days following service of the summons; thus, Wells Fargo's responsive pleading is due on December 10, 2007.

4. Wells Fargo requests an additional 25 days, to and including January 4, 2008, in which to file its responsive pleading to the Complaint.

5. Counsel for Williams has agreed to Wells Fargo's request for an extension.

- 2 -

WHEREFORE, Wells Fargo respectfully requests that this Court grant this motion and enter an order allowing Wells Fargo to file its answer or otherwise respond to the Complaint on or before January 4, 2008, and grant such other relief as is just and appropriate in the circumstances.

Dated:  December 6, 2007

                                      Respectfully submitted,

                                      WELLS FARGO BANK, N.A.,
                                      *Defendant*

                                      By: /s/    David Z. Smith
                                           One of Its Attorneys

David Z. Smith (ARDC  No. 6256687)
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400 fax
dzsmith@reedsmith.com

2125522