I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br> v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. 07 CV 6342<br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO: Attached Service List

 PLEASE TAKE NOTICE that on Tuesday, December 11, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Samuel Der-Yeghiayan, or any other judge sitting in his stead, in Courtroom 1903 in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **AGREED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD**, a copy of which is hereby served upon you**.**

Dated:  December 6, 2007       Respectfully submitted,

               WELLS FARGO BANK, N.A.

               By:  /s/ David Z. Smith
                 One of Its Attorneys

                 David Z. Smith (ARDC  No. 6256687)
                 REED SMITH LLP
                 10 S. Wacker Drive, 40th Floor
                 Chicago, IL 60606-7507
                 (312) 207-1000
                 (312) 207-6400 fax
                 dzsmith@reedsmith.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2007, I electronically filed the foregoing **AGREED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** and **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert D. Allison
Robert D. Allison & Associates
rdalaw@ix.netcom.com

Bruce C. Howard
Robert D. Allison & Associates
bchoward@ix.netcom.com

Steven Paul Schneck
Robert D. Allison & Associates
spschneckjazzlaw@yahood.com

Edward W. Ciolko
Schiffrin, Barroway, Topaz & Kessler LLP
eciolko@sbclasslaw.com

and by overnight delivery upon:

Joseph A. Weeden
Schiffrin, Barroway, Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19807

              /s/ David Z. Smith
              David Z. Smith (ARDC No. 6256687)
              REED SMITH LLP
              10 S. Wacker Drive, 40th Floor
              Chicago, IL 60606-7507
              (312) 207-1000
              (312) 207-6400 fax
              dzsmith@reedsmith.com

CHILIB-2125523.1