## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Judy Williams
                      Plaintiff,

v.                                           Case No.: 1:07−cv−06342
                                                        Honorable Samuel Der−Yeghiayan

Wells Fargo Bank, N.A.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan :Defendant's agreed motion for extension of time to respond to plaintiff's complaint is granted to and including 01/04/08. Initial status hearing reset to 01/16/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.