**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No.: 07 cv 6342<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Valdez |

**DEFENDANT WELLS FARGO BANK, N.A.'S**
**NOTICE OF FILING COPIES OF ITS MOTION TO TRANSFER BEFORE JUDICIAL**
**PANEL ON MULTIDISTRICT LITIGATION**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT,** on January 3, 2008, Defendant Wells Fargo Bank N.A. ("Wells Fargo") filed the following pleadings, true and correct copies of which are submitted concurrently herewith, in support of its Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings before the Judicial Panel on Multidistrict Litigation: Notice of Motion to Transfer, Motion to Transfer, Memorandum of Points and Authorities in Support thereof, Corporate Disclosure Statement, Notice of Appearance, Reasons for Oral Argument, and Exhibit Volume.

- 2 -

Dated:  January 3, 2008                               Respectfully submitted,

                                                      **WELLS FARGO BANK, N.A.**
                                                      *Defendant*

                                      By: /s/ David Z. Smith_____
                                                One of Its Attorneys

| Robert D. Phillips, Jr. (*pro hac vice*)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111-3922<br>(415) 543-8700<br>(415) 391-8269 fax | David Z. Smith (ARDC# 6256687)<br>Marina C. Santini (ARDC# 6290668)<br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL  60606-7507<br>Telephone:     (312) 207 1000<br>Facsimile:     (312) 207 6400<br>dzsmith@reedsmith.com |
|---|---|

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2008, I electronically filed the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF FILING MOTION TO TRANSFER BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert D. Allison
Robert D. Allison & Associates
rdalaw@ix.netcom.com

Bruce C. Howard
Robert D. Allison & Associates
bchoward@ix.netcom.com

Steven Paul Schneck
Robert D. Allison & Associates
spschneckjazzlaw@yahood.com

Edward W. Ciolko
Schiffrin, Barroway, Topaz & Kessler LLP
eciolko@sbclasslaw.com

Joseph A. Weeden
Schiffrin, Barroway, Topaz & Kessler LLP
jweeden@sbtklaw.com

                                                /s/ David Z. Smith_____
                                              David Z. Smith (ARDC No. 6256687)
                                              REED SMITH LLP
                                              10 S. Wacker Drive, 40th Floor
                                              Chicago, IL 60606-7507
                                              (312) 207-1000
                                              (312) 207-6400 fax
                                              dzsmith@reedsmith.com