EXHIBIT B

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-03880-MJJ

| | |
|---|---|
| Jeffries et al v. Wells Fargo Bank N.A. et al | Date Filed: 07/30/2007 |
| Assigned to: Hon. Martin J. Jenkins | Jury Demand: None |
| Relate Case Case: 3:07-cv-04309-MJJ | Nature of Suit: 480 Consumer Credit |
| Cause: 42:405 Fair Housing Act | Jurisdiction: Federal Question |

**Plaintiff**

**Nancy Jeffries**
*on behalf of Themselves and All Others Similarly Situated*

represented by **Shawn A. Williams**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: shawnw@csgrr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
Roddy Klein & Roddy
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
(617) 357-5500
Email: Klein@roddykleinryan.com
*ATTORNEY TO BE NOTICED*

**Mark S. Reich**
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
1631-367-7100
Fax: 1631-367-1173
Email: mreich@csgrr.com
*ATTORNEY TO BE NOTICED*

**Robert M. Rothman**
Coughlin Stoia Geller Rudman & Robbins LLP

                    58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Email: rrothman@lerachlaw.com
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@csgrr.com
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
(617) 357-5500 ext 12
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Jeffries**
*on behalf of Themselves and All Others Similarly Situated*

represented by **Shawn A. Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Klein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark S. Reich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert M. Rothman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shennan Kavanagh**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

Tracy D. Ventura     represented by    **Wendy Jacobsen Harrison**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: wharrison@bffb.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Gilbert Ventura, Sr.     represented by    **Wendy Jacobsen Harrison**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Wells Fargo Bank N.A.     represented by    **David S. Reidy**
Attorney at Law
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(415) 659-5933
Email: dreidy@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Mortgage Direct, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2007 | 1 | COMPLAINT against Wells Fargo Bank N.A., Mortgage Direct, Inc. ( Filing fee $ 350, receipt number 34611008852; summons issued). Filed by Nancy Jeffries, Johnny Jeffries. (sv, COURT STAFF) (Filed on 7/30/2007) Additional attachment(s) added on 10/4/2007 (slh, COURT STAFF). (Entered: 08/01/2007) |
| 07/30/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/30/2007. Case Management Conference set for 11/6/2007 02:00 PM. (Attachments: # 1 Standing Order for Judge Jenkins# 2 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 7/30/2007) (Entered: 08/01/2007) |
| 07/30/2007 | | Summons Issued as to Wells Fargo Bank N.A., Mortgage Direct, Inc.. |

|  |  |  |
|---|---|---|
|  |  | (sv, COURT STAFF) (Filed on 7/30/2007) (Entered: 08/01/2007) |
| 07/30/2007 |  | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 7/30/2007) (Entered: 08/01/2007) |
| 08/17/2007 | 3 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re 1. (slh, COURT STAFF) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 09/25/2007 | 4 | STIPULATION *Stipulation Extending Time for Defendant Wells Fargo Bank, N.A. to Respond to Complaint* by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 9/25/2007) (Entered: 09/25/2007) |
| 09/27/2007 | 5 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer 1. (slh, COURT STAFF) (Filed on 9/27/2007) (Entered: 09/27/2007) |
| 10/01/2007 | 6 | STIPULATION AND ORDER extending time to respond to complaint.Signed by Judge Martin J. Jenkins on 09/28/07. (rbe, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/01/2007) |
| 10/02/2007 | 7 | NOTICE by Nancy Jeffries, Johnny Jeffries *NOTICE OF FIRM NAME CHANGE* (Williams, Shawn) (Filed on 10/2/2007) (Entered: 10/02/2007) |
| 10/02/2007 | 9 | MOTION of Samuel H. Rudman for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611011063) filed by Nancy Jeffries, Johnny Jeffries. (slh, COURT STAFF) (Filed on 10/2/2007) (Entered: 10/04/2007) |
| 10/02/2007 | 10 | MOTION of Mark S. Reich for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611011061) filed by Nancy Jeffries, Johnny Jeffries. (slh, COURT STAFF) (Filed on 10/2/2007) (Entered: 10/04/2007) |
| 10/02/2007 | 11 | MOTION of Robert M. Rothman for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 346110110622) filed by Nancy Jeffries, Johnny Jeffries. (slh, COURT STAFF) (Filed on 10/2/2007) (Entered: 10/04/2007) |
| 10/04/2007 | 8 | MOTION to Relate Case filed by Tracy D. Ventura, Gilbert Ventura, Sr.. (Attachments: # 1 Proposed Order)(Harrison, Wendy) (Filed on 10/4/2007) (Entered: 10/04/2007) |
| 10/05/2007 | 12 | ANSWER to Complaint *Answer of Defendant Wells Fargo Bank, N.A., to Plaintiffs' Complaint* by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/05/2007 | 13 | Certificate of Interested Entities by David S. Reidy *Corporate Disclosure and Certificate of Interested Parties of Defendant Wells Fargo Bank, N.A.* (Reidy, David) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/09/2007 | 14 | ORDER by Judge Martin J. Jenkins granting 9 Motion for Pro Hac Vice of Samuel H. Rudman. (rbe, COURT STAFF) (Filed on 10/9/2007) (Entered: 10/09/2007) |

| | | |
|---|---|---|
| 10/09/2007 | 15 | ORDER by Judge Martin J. Jenkins granting 10 Motion for Pro Hac Vice of Mark S. Reich. (rbe, COURT STAFF) (Filed on 10/9/2007) (Entered: 10/09/2007) |
| 10/09/2007 | 16 | ORDER by Judge Martin J. Jenkins granting 11 Motion for Pro Hac Vice of Robert M. Rothman. (rbe, COURT STAFF) (Filed on 10/9/2007) (Entered: 10/09/2007) |
| 10/10/2007 | 17 | *** FILED IN ERROR. PLEASE SEE DOCKET # 23 ; . *** Statement of Non-Opposition re 8 MOTION to Relate Case filed by Wells Fargo Bank N.A.. (Related document(s) 8 ) (Reidy, David) (Filed on 10/10/2007) Modified on 10/25/2007 (ewn, COURT STAFF). **DOCUMENT REMOVED PURSUANT TO ORDER 27** . Modified on 11/5/2007 (slh, COURT STAFF). (Entered: 10/10/2007) |
| 10/12/2007 | 18 | ORDER RELATING CASES 07-3880 MJJ and C07-4309 EMC by Judge Martin J. Jenkins; granting 8 Motion to Relate Case. (ls, COURT STAFF) (Filed on 10/12/2007) (Entered: 10/15/2007) |
| 10/16/2007 | 19 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *for Plaintiffs Nancy and Johnny Jeffries* (Reich, Mark) (Filed on 10/16/2007) (Entered: 10/16/2007) |
| 10/16/2007 | 20 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Reich, Mark) (Filed on 10/16/2007) (Entered: 10/16/2007) |
| 10/23/2007 | 21 | Ex Parte Application re 2 ADR Scheduling Order *Ex Parte Motion to Modify Case Management Order; Declaration of David S. Reidy in Support Thereof* filed by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 10/23/2007) (Entered: 10/23/2007) |
| 10/23/2007 | 22 | Proposed Order re 21 Ex Parte Application re 2 ADR Scheduling Order *Ex Parte Motion to Modify Case Management Order; Declaration of David S. Reidy in Support Thereof* by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 10/23/2007) (Entered: 10/23/2007) |
| 10/23/2007 | 23 | Statement of Non-Opposition re 17 Statement of Non-Opposition *Qualified Non-Opposition of Defendant Wells Fargo Bank, N.A., to Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related - filed to replace docket 17 filed in error* filed by Wells Fargo Bank N.A.. (Related document(s) 17 ) (Reidy, David) (Filed on 10/23/2007) Modified on 10/24/2007 (ewn, COURT STAFF). Modified on 10/25/2007 (ewn, COURT STAFF). (Entered: 10/23/2007) |
| 10/25/2007 | 24 | MOTION to Remove Incorrectly Filed Document filed by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/30/2007 | 25 | STIPULATION by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 10/30/2007 | 26 | STIPULATION and ORDER by Judge Martin J. Jenkins granting 21 Ex Parte Application. The case management conference is continued to 12/18/07 at 2:00 PM. (rbe, COURT STAFF) (Filed on 10/30/2007) (Entered: 10/30/2007) |

| 11/01/2007 | 27 | ORDER by Judge Martin J. Jenkins granting 24 Motion to Remove Incorrectly Filed Document. (rbe, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
|---|---|---|
| 11/05/2007 | 28 | MOTION of Gary Klein for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611012155) filed by Nancy Jeffries, Johnny Jeffries. (slh, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/06/2007) |
| 11/05/2007 | 29 | MOTION of Shennan Kavanagh for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611012155) filed by Nancy Jeffries, Johnny Jeffries. (slh, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/06/2007) |
| 11/05/2007 | 30 | CERTIFICATE OF SERVICE by Nancy Jeffries, Johnny Jeffries re 28 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 3461101215.), 29 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 3461101215.) (slh, COURT STAFF) (Filed on 11/5/2007) (Entered: 11/06/2007) |
| 11/19/2007 | 31 | ORDER by Judge Martin J. Jenkins GRANTING 28 Motion for Pro Hac Vice admission of attorney Gary Klein. (slh, COURT STAFF) (Filed on 11/19/2007) (Entered: 11/20/2007) |
| 11/19/2007 | 32 | ORDER by Judge Martin J. Jenkins GRANTING 29 Motion for Pro Hac Vice admission of attorney Shennan Kavanagh. (slh, COURT STAFF) (Filed on 11/19/2007) (Entered: 11/20/2007) |
| 12/05/2007 | 35 | CERTIFICATE OF SERVICE by Nancy Jeffries, Johnny Jeffries re 32 Order on Motion for Pro Hac Vice. (slh, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/11/2007) |
| 12/10/2007 | 33 | ADR Clerks Notice Setting ADR Phone Conference on 12/17/07 at 11:00 a.m. Please take note that plaintiff's counsel initiates the call to all parties. (tjs, COURT STAFF) (Filed on 12/10/2007) (Entered: 12/10/2007) |
| 12/11/2007 | 34 | JOINT CASE MANAGEMENT STATEMENT *Joint Rule 26(F) Report and Case Management Conference Statement* filed by Wells Fargo Bank N.A.. (Reidy, David) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/17/2007 | | ADR Remark: ADR Phone Conference conducted on 12/17/07 by DB. (tjs, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |
| 12/18/2007 | 36 | Minute Entry: Initial Case Management Conference held on 12/18/2007 before Judge Martin J. Jenkins. Telephonic Status Conference set for 2/26/2008 01:45 PM in Courtroom 11, 19th Floor, San Francisco. (not reported) (rbe, COURT STAFF) (Date Filed: 12/18/2007) (Entered: 12/18/2007) |

| PACER Service Center |
|---|
| Transaction Receipt |
| |

|  | 12/26/2007 12:35:25 | | |
|---|---|---|---|
| PACER Login: | rs0055 | Client Code: | 843455/60047/5151 |
| Description: | Docket Report | Search Criteria: | 3:07-cv-03880-MJJ |
| Billable Pages: | 4 | Cost: | 0.32 |

ADRMOP, E-Filing, PRVADR, RELATE

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-04309-MJJ

| | |
|---|---|
| Ventura et al v. Wells Fargo Bank NA | Date Filed: 08/21/2007 |
| Assigned to: Hon. Martin J. Jenkins | Jury Demand: None |
| Relate Case Case: 3:07-cv-03880-MJJ | Nature of Suit: 443 Civil Rights: Accomodations |
| Cause: 42:405 Fair Housing Act | Jurisdiction: Federal Question |

**Plaintiff**

**Gilbert Ventura, Sr.**    represented by    **Andrew S. Friedman**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Chavez**
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 93941
415-381-5599
Fax: 415-381-5572
Email: mark@chavezgertler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Jacobsen Harrison**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: wharrison@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Nance Felice Becker**
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
415-381-5599
Fax: 415-381-5572
Email: nance@chavezgertler.com
*ATTORNEY TO BE NOTICED*

**Theodore Joseph Pintar**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: 619-231-7423
Email: TedP@csgrr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy D. Ventura**      represented by   **Andrew S. Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Chavez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Jacobsen Harrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nance Felice Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Joseph Pintar**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wells Fargo Bank NA**      represented by   **David S. Reidy**
Attorney at Law

Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(415) 659-5933
Email: dreidy@reedsmith.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2007 | 1 | COMPLAINT; summons issued against Wells Fargo Bank NA (Filing fee $ 350, receipt number 34611009684). Filed by Gilbert Ventura, Sr, Tracy D. Ventura. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 11/7/2007 (sv, COURT STAFF). Additional attachment(s) added on 11/13/2007 (slh, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 2 | Administrative MOTION to Consider Whether Case Should be Related filed by Gilbert Ventura, Sr, Tracy D. Ventura. (slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 08/21/2007 | 3 | ADR SCHEDULING ORDER: Case Management Statement due by 11/21/2007. Case Management Conference set for 11/28/2007 01:30 PM. (Attachments: # 1 EMC Standing Order; # 2 Case Management Standing Order)(slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 08/21/2007 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 09/13/2007 | 5 | MOTION of Andrew S. Friedman for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611010492) filed by Gilbert Ventura, Sr, Tracy D. Ventura. (slh, COURT STAFF) (Filed on 9/13/2007) (Entered: 09/14/2007) |
| 09/14/2007 | 4 | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (ANDREW S. FRIEDMAN). Signed by Judge Edward M. Chen on 9/14/07. (bpf, COURT STAFF) (Filed on 9/14/2007) (Entered: 09/14/2007) |
| 09/26/2007 | 6 | STIPULATION *Stipulation Extending Time for Defendant Wells Fargo Bank, N.A. to Respond to Complaint* by Wells Fargo Bank NA. (Reidy, David) (Filed on 9/26/2007) (Entered: 09/26/2007) |
| 09/27/2007 | 7 | ORDER re 6 Stipulation filed by Wells Fargo Bank NA. Signed by Judge Edward M. chen on 9/27/07. (bpf, COURT STAFF) (Filed on 9/27/2007) (Entered: 09/27/2007) |
| 10/05/2007 | 8 | ANSWER to Complaint *Answer of Defendant Wells Fargo Bank, N.A., to Plaintiffs' Complaint* byWells Fargo Bank NA. (Reidy, David) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/05/2007 | 9 | Certificate of Interested Entities by David S. Reidy *Corporate Disclosure and Certificate of Interested Parties of Defendant Wells Fargo Bank,* |

| | | |
|---|---|---|
| | | *N.A.* (Reidy, David) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/12/2007 | <u>10</u> | ORDER RELATING CASES C07-3880 MJJ AND C07-4309 EMC by Judge Martin J. Jenkins granting 2 Motion to Relate Case. (ls, COURT STAFF) (Filed on 10/12/2007) (Entered: 10/15/2007) |
| 10/17/2007 | | Case Reassigned to Judge Martin J. Jenkins and Martin J. Jenkins. Judge Edward M. Chen no longer assigned to the case. (as, COURT STAFF) (Filed on 10/17/2007) (Entered: 10/17/2007) |
| 10/18/2007 | <u>11</u> | CLERK'S NOTICE: Initial Case Management Conference set for 12/18/2007 02:00 PM. (rbe, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 10/30/2007 | <u>12</u> | NOTICE of Appearance by Theodore Joseph Pintar *and John J. Stoia, Jr.* (Pintar, Theodore) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 11/02/2007 | <u>13</u> | CLERK'S NOTICE re: Failure to E-File. (sv, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/02/2007) |
| 11/08/2007 | <u>14</u> | NOTICE by Gilbert Ventura, Sr, Tracy D. Ventura *Setting CMC on Reassignment* (Becker, Nance) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/20/2007 | <u>15</u> | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Attachments: # <u>1</u> Signature Page (Declarations/Stipulations))(Harrison, Wendy) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/21/2007 | <u>16</u> | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *ADR Certification by Parties and Counsel* (Reidy, David) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | <u>17</u> | STIPULATION *STIPULATION RE SELECTING ADR PROCESS* by Wells Fargo Bank NA. (Reidy, David) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/27/2007 | <u>18</u> | STIPULATION and ORDER selecting ADR process. REFERRING CASE to Private ADR. Signed by Judge Martin J. Jenkins on 11/26/07. (rbe, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 12/07/2007 | <u>19</u> | JOINT CASE MANAGEMENT STATEMENT *Joint Rule 26(F) Report and Case Management Conference Statement* filed by Wells Fargo Bank NA. (Reidy, David) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 12/11/2007 | <u>20</u> | STIPULATION *Stipulation and [Proposed] Protective Order Regarding Private Consumer Information* by Wells Fargo Bank NA. (Reidy, David) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/11/2007 | <u>21</u> | STIPULATION *Stipulation and [Proposed] Protective Order Regarding Confidential and Trade Secret Information* by Wells Fargo Bank NA. (Reidy, David) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/17/2007 | <u>22</u> | ORDER REGARDING PROTECTIVE ORDER. Signed by Judge Martin J. Jenkins on 12/17/2007. (mjjlc1, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |

| 12/17/2007 | 23 | ORDER REGARDING PROTECTIVE ORDER. Signed by Judge Martin J. Jenkins on 12/17/2007. (mjjlc1, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |
| --- | --- | --- |
| 12/18/2007 | 24 | Minute Entry: Initial Case Management Conference held on 12/18/2007 before Judge Martin J. Jenkins. Telephonic Status Conference set for 2/26/2008 01:45 PM in Courtroom 11, 19th Floor, San Francisco. (not reported) (rbe, COURT STAFF) (Date Filed: 12/18/2007) (Entered: 12/18/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 12/26/2007 12:52:42 | | | |
| PACER Login: | rs0055 | Client Code: | 843455/60047/5151 |
| Description: | Docket Report | Search Criteria: | 3:07-cv-04309-MJJ |
| Billable Pages: | 3 | Cost: | 0.24 |

VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06342

Williams v. Wells Fargo Bank, N.A.
Assigned to: Honorable Samuel Der-Yeghiayan
Cause: 42:1983 Civil Rights Act

Date Filed: 11/08/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Judy Williams**
*individually and on behalf of all others similarly situated*

represented by **Joseph A. Weeden**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
Email: jweeden@sbtklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce C. Howard**
Robert D. Allison & Associates
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
(312) 427-7600
Email: bchoward@ix.netcom.com
*ATTORNEY TO BE NOTICED*

**Edward W Ciolko**
Schiffrin, Barroway, Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706
Email: eciolko@sbclasslaw.com
*ATTORNEY TO BE NOTICED*

**Robert D. Allison**
Robert D. Allison & Associates
122 S. Michigan Avenue
Ste 1850
Chicago, IL 60603
427-4500
Email: rdalaw@ix.netcom.com
*ATTORNEY TO BE NOTICED*

|                                | Steven Paul Schneck<br>Robert D. Allison & Associates<br>122 South Michigan Ave.<br>Suite 1850<br>Chicago, IL 60603<br>(312) 427-7600<br>Email: spschneckjazzlaw@yahoo.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| **Wells Fargo Bank, N.A.** | represented by | **David Zev Smith**<br>Reed Smith LLP<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL 60606<br>(312) 207-1000<br>Email: dzsmith@reedsmith.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert D. Phillips, Jr.**<br>Reed Smith LLP<br>Two Embarcadero Center<br>Suite 2000<br>San Francisco, CA 94111<br>(415) 543-8700<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/08/2007 | 1 | COMPLAINT filed by Judy Williams; Jury Demand. Filing fee $ 350. (mjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 2 | CIVIL Cover Sheet. (mjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 3 | ATTORNEY Appearance for Plaintiff Judy Williams by Joseph A. Weeden. (mjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 4 | ATTORNEY Appearance for Plaintiff Judy Williams by Robert D. Allison. (mjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 5 | ATTORNEY Appearance for Plaintiff Judy Williams by Bruce C. Howard. (mjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 6 | ATTORNEY Appearance for Plaintiff Judy Williams by Steven Paul Schneck. (mjc, ) (Entered: 11/13/2007) |
| 11/08/2007 | 8 | SUMMONS Issued as to Defendant Wells Fargo Bank, N.A. (mjc, ) (Entered: 11/13/2007) |

| | | |
|---|---|---|
| 11/14/2007 | 11 | MINUTE entry before Judge Samuel Der-Yeghiayan: Initial status hearing set for 1/9/2008 at 9:00 A.M. At least four working days before the initial status hearing, the parties shall conduct a FRCP 26(f) conference and file a joint written Initial Status Report, not to exceed five pages in length, and file the Court's Joint Jurisdictional Status Report and deliver courtesy copies to this Court's chambers three(3) days before the initial status hearing. The Court's standing orders on the Initial Status Report and Joint Jurisdictional Status Report may be obtained from Judge Der-Yeghiayan's web page or from this Court's Courtroom Deputy. Mailed notice by judge's staff. (srb,) (Entered: 11/19/2007) |
| 11/15/2007 | 9 | ATTORNEY Appearance by Plaintiff Judy Williams. (mjc, ) (Entered: 11/19/2007) |
| 11/15/2007 | 10 | ATTORNEY Appearance for Plaintiff Judy Williams by Edward W Ciolko. (mjc, ) (Entered: 11/19/2007) |
| 11/28/2007 | 12 | CERTIFICATE of Service by Plaintiff Judy Williams *of Summons and Class Action Complaint on Defendant* (Ciolko, Edward) (Entered: 11/28/2007) |
| 12/06/2007 | 13 | ATTORNEY Appearance for Defendant Wells Fargo Bank, N.A. by David Zev Smith (Smith, David) (Entered: 12/06/2007) |
| 12/06/2007 | 14 | MOTION by Defendant Wells Fargo Bank, N.A. for extension of time to file answer *(AGREED)* (Smith, David) (Entered: 12/06/2007) |
| 12/06/2007 | 15 | NOTICE of Motion by David Zev Smith for presentment of motion for extension of time to file answer 14 before Honorable Samuel Der-Yeghiayan on 12/11/2007 at 09:00 AM. (Smith, David) (Entered: 12/06/2007) |
| 12/11/2007 | 16 | MINUTE entry before Judge Samuel Der-Yeghiayan :Defendant's agreed motion for extension of time to respond to plaintiff's complaint is granted to and including 01/04/08. Initial status hearing reset to 01/16/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, ) (Entered: 12/11/2007) |
| 12/13/2007 | 17 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Wells Fargo Bank, N.A. by Robert D. Phillips, Jr; Order entered granting leave by Judge Samuel Der-Yeghiayan. Filing fee $ 50 paid, receipt number 1115783. (mjc, ) (Entered: 12/18/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/26/2007 14:40:45 | | | |
| **PACER Login:** | rs0055 | **Client Code:** | 843455/60047/5151 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-06342 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

(AJWx), DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-06780-CAS-AJW

| | |
|---|---|
| Juan Rodriguez et al v. Wells Fargo Bank, N.A. | Date Filed: 10/18/2007 |
| Assigned to: Judge Christina A. Snyder | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Andrew J. Wistrich | Nature of Suit: 480 Consumer Credit |
| Cause: 15:1681 Fair Credit Reporting Act | Jurisdiction: Federal Question |

**Plaintiff**

**Juan Rodriguez**
*individually, and on the class of all others similarly situated*

represented by **Timothy P Dillon**
Timothy P Dillon Law Offices
361 Forest Avenue, Suite 205
Laguna Beach, CA 92651
949-376-2800
Email: timothy@dillonlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josefina Rodriguez**
*individually, and on the class of others similarly situated*

represented by **Timothy P Dillon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wells Fargo Bank, N.A.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2007 | 1 | COMPLAINT against Defendant Wells Fargo Bank, N.A. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiffs Juan Rodriguez, Josefina Rodriguez. (et) (Entered: 10/29/2007) |
| 10/18/2007 | | 20 DAY Summons Issued re Complaint - (Discovery) [1] as to Wells Fargo Bank, N.A. (et) (Entered: 10/29/2007) |
| 10/18/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs Juan Rodriguez, Josefina Rodriguez. (et) (Entered: 10/29/2007) |
| 10/18/2007 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed. (et) (Entered: 10/29/2007) |

| 10/18/2007 | | FAX number for Attorney Timothy P Dillon is 949-376-2808. (et) (Entered: 10/29/2007) |
|---|---|---|
| 10/25/2007 | [4](#) | NOTICE TO COUNSEL by Judge Christina A. Snyder: This case has been assigned to the calendar of Judge Christina A. Snyder. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. See document for details. (gk) (Entered: 10/29/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/26/2007 12:39:29 | | | |
| PACER Login: | rs0055 | Client Code: | 843455/60047/5151 |
| Description: | Docket Report | Search Criteria: | 2:07-cv-06780-CAS-AJW |
| Billable Pages: | 2 | Cost: | 0.16 |