IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | No. 07 CV 6342<br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

**DEFENDANT WELLS FARGO BANK, N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Wells Fargo Bank, N.A., by and through its undersigned attorneys, furnishes the following information in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

1.  Wells Fargo Bank, N.A.'s parent entities include WFC Holdings Corporation and the ultimate parent, Wells Fargo & Co., a publicly traded company.

2.  No publicly traded company owns more than 10% of the stock of Wells Fargo Bank, N.A.

Dated: January 4, 2008
                                            Respectfully submitted,

                                            **WELLS FARGO BANK, N.A.**
                                            *Defendant*

                                       By: /s/ David Z. Smith
                                                One of Its Attorneys

| | |
|---|---|
| Robert D. Phillips, Jr. (*pro hac vice*)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111-3922<br>(415) 543-8700<br>(415) 391-8269 fax | David Z. Smith (ARDC# 6256687)<br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>Telephone:  (312) 207 1000<br>Facsimile:   (312) 207 6400<br>dzsmith@reedsmith.com |

## CERTIFICATE OF SERVICE

  I hereby certify that on January 4, 2008, I electronically filed the foregoing **DEFENDANT WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert D. Allison
Robert D. Allison & Associates
rdalaw@ix.netcom.com

Bruce C. Howard
Robert D. Allison & Associates
bchoward@ix.netcom.com

Steven Paul Schneck
Robert D. Allison & Associates
spschneckjazzlaw@yahood.com

Edward W. Ciolko
Schiffrin, Barroway, Topaz & Kessler LLP
eciolko@sbclasslaw.com

Joseph A. Weeden
Schiffrin, Barroway, Topaz & Kessler LLP
jweeden@sbtklaw.com

        /s/ David Z. Smith_____
        David Z. Smith (ARDC No. 6256687)
        REED SMITH LLP
        10 S. Wacker Drive, 40th Floor
        Chicago, IL 60606-7507
        (312) 207-1000
        (312) 207-6400 fax
        dzsmith@reedsmith.com

CHILIB-2129248.1