IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 07 CV 6342 |
| v. | ) ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| WELLS FARGO BANK, N.A., | ) ) | |
| Defendant. | ) ) | |

## JOINT JURISDICTIONAL STATUS REPORT

Plaintiff Judy Williams ("Plaintiff" or "Williams") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant"), by their undersigned counsel, having conferred, respectfully submit this Joint Jurisdictional Status Report.

**I.    Subject Matter Jurisdiction.**

This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1343, as Williams alleges claims under the Fair Housing Act, 28 U.S.C. § 3601, *et seq.* (Class Action Complaint, Docket # 1, "Compl." ¶¶ 70-79), the Equal Opportunity Act, 15 U.S.C. § 1691, *et seq.* (Compl. ¶¶ 80-89), and the Civil Rights Act, 42 U.S.C. §§ 1981, 1982, *et seq.* (Compl. ¶¶ 90-94).

## II.    Venue (Plaintiff's Position).[1]

Under 28 U.S.C. § 1391(b), venue is appropriate in this district and division because (a) Defendant resides in this district and this division, (b) a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district and this division, and (c) a substantial part of property that is the subject of this action is situated in this district and this division. *See* Compl. ¶ 20.

Jurisdiction here is based on 28 U.S.C. §§ 1331 and 1343, not diversity of citizenship. Accordingly, the provisions of 28 U.S.C. § 1391(b) apply, which provide, in relevant part, as follows:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) [or] a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the action is situated. . . .

In addition, Defendant is a corporation. Under section 1391(c), "a defendant that is a corporation shall be deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced." This action was commenced on or about November 8, 2007, and Defendant was subject to personal jurisdiction in this district at that time.

For example, Defendant's website describes itself as follows:

> We are a big company. We're the largest financial institution headquartered in the western U.S. We span all of North America. Our stock market value exceeds $110 billion. Forbes ranks us as the world's 26th leading company based on a composite of sales, assets, profits and market value. We're in the top 20 among all U.S. companies in profits and market value. We're one of

---

[1]    Pursuant to the Court's Standing Order, this section was prepared solely by the Plaintiff and contains Plaintiff's representations only.

America's 40 largest private employers, with more than 155,000
team members . . . .

*See* "The Vision and Values of Wells Fargo," attached hereto as Exhibit A (available at

Defendant's website).  Not surprisingly, as such a large company, Wells Fargo resides in Illinois,

has significant contacts with Illinois and has "purposely avail[ed] itself of the privilege of

conducting activities" in this District such that it "should reasonably anticipate being haled into

court" here. *Burger King Corp. v. Rudewicz*, 471 U.S. 462, 474-75 (1985).  For instance, a

search of the Wells Fargo website for mortgage branches in Chicago alone (which, of course, is

in the Northern District of Illinois, Eastern Division) reveals five locations.  *See* "Mortgage

Branches Near You," attached hereto as Exhibit B (available at Defendant's website).

Moreover, Defendant concedes that venue is appropriate in its Answer to the Complaint

(Docket # 27, ¶ 20).  Likewise, Defendant recently filed a motion to transfer all actions similar to

the above-captioned action to this District.  *See generally*, Memorandum in Support of Motion of

Wells Fargo, N.A. Under 28 U.S.C. § 1407 to Transfer for Consolidated and Coordinated Pretrial

Proceedings.

Finally, a substantial part of the events or omissions giving rise to Plaintiff's claims

occurred in this district and division, and a substantial part of property that is the subject of this

action is situated in this district and division.  For example, on June 29, 2006, Plaintiff purchased

a condominium unit located at 1360 E. Madison Park, #B, Chicago, Illinois.  *See* Affidavit of

Judy Williams (attached hereto as Exhibit C), at ¶ 2.  In addition, as part of the events alleged,

Plaintiff contacted a Wells Fargo agent while she was living in Chicago.  *See Id*. at ¶ 3; Compl.

at ¶¶ 13-17.  Further, Plaintiff currently resides at 1360 E. Madison Park, #B, Chicago, Illinois.

*See Id*. at ¶ 2.  In sum, Plaintiff was in Chicago throughout the events alleged in her Complaint.

*See* Compl. at ¶¶ 13-17; 70-94.

Dated:  January 11, 2007

Respectfully submitted,

JUDY WILLIAMS,
*Plaintiff*

WELLS FARGO BANK, N.A.,
*Defendant*

By: _/s/____Steven P. Schneck_____
       One of her attorneys

By: _/s/____David Z. Smith_____
       One of Its Attorneys

Robert D. Allison
Bruce C. Howard
Steven P. Schneck
ROBERT D. ALLISON & ASSOCIATES
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
(312) 427-7600
(312) 427-1850 fax

David Z. Smith (ARDC  No. 6256687)
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606-7507
(312) 207-1000
(312) 207-6400 fax
dzsmith@reedsmith.com

***Local Counsel***

Robert D. Phillips, Jr. (*pro hac vice*)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
(415) 543-8700
(415) 391-8269 fax

Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
SCHIFFRIN BARROWAY TOPAZ &
 KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 fax

***Lead Trial Attorneys***

- 4 -

# EXHIBIT A



---

## The Vision & Values of Wells Fargo

**Our product: SERVICE. Our value-added: FINANCIAL ADVICE. Our competitive advantage: OUR PEOPLE**

by Richard M. Kovacevich
Chairman



### The "Next Stage" : Going from Good to Great

This is about the "Next Stage" for you and our company. It's about who we are, where we're headed and about how you—as a valued Wells Fargo team member—can help us get there and share in our collective success.

We are a big company. We're the largest financial institution headquartered in the western U.S. We span all of North America. Our stock market value exceeds $110 billion. *Forbes* ranks us as the world's 26th leading company based on a composite of sales, assets, profits and market value. We're in the top 20 among all U.S. companies in profits and market value. We're one of America's 40 largest private employers, with more than 155,000 team members. We'll continue to grow—not to become bigger but as a result of getting better.

Regardless of how big we are and how much territory we cover, we share, as one team, certain values that hold us together wherever we are and whatever we do. It doesn't matter what our responsibilities are, our levels or titles, what businesses we're part of, or where we live and work. We all should know our vision. We all should know how we contribute to achieving that vision. We all should be passionate about our values and share them with others. We believe everyone on our team is important and deserves respect. We believe everyone contributes to Wells Fargo being known as one of America's great companies.

**Next**

© 1999 - 2007 Wells Fargo. All rights reserved.

# EXHIBIT B

Wells Fargo Home Mortgage - Get Local Mortgage Assistance                    Page 1 of 1



**WELLS FARGO** **HOME MORTGAGE**

[ Search ]   Sign On | Locations | Contact Us | Apply | Home

Individuals    Small Business    Commercial

Banking | **Loans & Credit** | Insurance | Investing | Planning Centers

Home Mortgage

Today's Rates

Applying for a Loan

Homebuying

Refinancing

Your Account

View All Loans and Credit

## Mortgage Branches Near You

Here are the mortgage branches closest to the address or zip code you entered.

Home mortgage consultants often work from satellite offices that may be closer to you than the nearest branch office. Please call the branch office for information on any additional facilities.

Contact Req
Make it easy o
us match you v
mortgage expe
Tell me more

**Chicago, Illinois**

**Distance 0.22 miles**
123 N. Wacker Dr. Suite 1100, Chicago, IL 60606
Phone: 312.592.5621  Fax: 312.592.5698
www.wfhm.com/pmbchicago
Map Directions

**Distance 0.83 miles**
211 E Ontario, Suite 1100 , Chicago, IL 60611
Phone: 312.255.3188 Fax: 312.264.5462
Map Directions

**Distance 0.83 miles**
211 E. Ontario Street Suite 1100, Chicago, IL 60611
Phone: 312.255.3165  Fax: 312.335.8191
www.wfhm.com/adowntownchicagobranchil
Map Directions

**Distance 0.83 miles**
211 E ONTARIO ST , CHICAGO, IL 60611
Phone: 312.255.3160
www.wfhm.com/adowntownchicagobranchil
Map Directions

**Distance 3.52 miles**
2742 N Lincoln Ave , Chicago, IL 60614
Phone: 773.529.5252  Fax: 773.929.0313
www.wfhm.com/lincolnparkbranchil
Map Directions

View Next Five Locations | Start New Search

🏠 **Equal Housing Lender**

About Wells Fargo | Employment | Privacy, Security & Legal | Home

Featuring Microsoft MapPoint Technology. Terms of Use, Privacy Statement.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.
© 1999-2008 Wells Fargo Bank. All rights reserved.

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDY WILLIAMS, individually and on behalf of
all others similarly situated,

                     Plaintiff,

     v.

WELLS FARGO BANK, N.A.,

                     Defendant.

No. 07 CV 6342
Judge Der-Yeghiayan
Magistrate Judge Valdez

## DECLARATION OF JUDY WILLIAMS

     I, Judy Williams, declare under penalty of perjury this 9th day of January, 2008 as

follows:

     1.     I am over eighteen years old.

     2.     On June 29, 2006, I purchased a condominium unit located at 1360 E. Madison

Park, #B, Chicago, Illinois, financed by Wells Fargo.  I currently reside at this address.

     3.     I contacted Wells Fargo about financing the purchase of my condominium unit

while I was living at 5140 South Hyde Park Boulevard, Apt. 9D, Chicago, Illinois, where I

resided since July, 2005.

     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the law of the

United States of America that the foregoing is true and correct.

     Executed this 9th day of January, 2008 at Chicago, Illinois.

_____
Judy Williams

## CERTIFICATE OF SERVICE

I, Steven P. Schneck, one of the attorneys for plaintiff, hereby certify that a true and

correct copy of the foregoing *Joint Jurisdictional Status Report* was served by facsimile on the

11th day of January, 2008, on the following counsel of record:

> Robert D. Phillips, Jr.
> REED SMITH LLP
> Two Embarcadero Center
> Suite 2000
> San Francisco, CA 94111-3922
> fax: 415-391-8269

and on the following counsel of record via the ECF system of the Northern District of Illinois:

> David Z. Smith
> REED SMITH LLP
> *dzsmith@reedsmith.com*

> /s/    Steven P. Schneck
> Steven P. Schneck