UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Judy Williams
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06342
                                                Honorable Samuel Der−Yeghiayan

Wells Fargo Bank, N.A.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 04/29/08 at 9:00 a.m. The MDL Panel having Defendant's motion to transfer, Defendant's motion to transfer case pending on this Court's docket [20] is hereby stricken as moot. The MDL Panel has advised this Court that it will take up Defendant's motion at its bimonthly meeting. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.