# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated, | CASE NO.: 07-cv-6342 |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO DISMISS PURSUANT TO FED.R. CIV. P. 41(a)(2)** |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

For the reasons set forth in the attached memorandum, Plaintiff Judy Williams hereby moves the Court, pursuant to Fed. R. Civ. P. 41(a)(2), for an order granting Plaintiff's request to voluntarily dismiss this action without prejudice.

Dated: March 19, 2008                                    Respectfully submitted,

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**


_____/s/ Edward W. Ciolko_____
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*

2