# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　　　　　　Defendant. | CASE NO.: 07-cv-6342<br><br><br><br>**NOTICE OF MOTION** |

TO:　David Zev Smith, Esq.　　　　　　　　Robert D. Phillips, Jr., Esq.
　　　Reed Smith, LLP　　　　　　　　　　　Reed Smith, LLP
　　　10 South Wacker Drive,　　　　　　　　Two Embarcadero Center
　　　40th Floor　　　　　　　　　　　　　　Suite 2000
　　　Chicago, IL  60606　　　　　　　　　　San Francisco, CA  94111

　　　PLEASE TAKE NOTICE that on Wednesday, March 26, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan or any other Judge sitting in his place in the courtroom usually occupied by him in Room 1903 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached Motion of Plaintiff to Dismiss.

Dated: March 19, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**SCHIFFRIN BARROWAY**
　　　　　　　　　　　　　　　　　　　　　　 **TOPAZ & KESSLER, LLP**


　　　　　　　　　　　　　　　　　　　　　　___*/s/ Edward W. Ciolko*____
　　　　　　　　　　　　　　　　　　　　　　Joseph H. Meltzer
　　　　　　　　　　　　　　　　　　　　　　Edward W. Ciolko
　　　　　　　　　　　　　　　　　　　　　　Katherine B. Bornstein

Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*

3

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*