## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | CASE NO.: 07-cv-6342<br><br><br><br>**[PROPOSED] ORDER** |

AND NOW, this _____ day of _____, 2008, upon consideration of the foregoing Motion of Plaintiffs to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED and DECREED that Plaintiff's Motion is hereby GRANTED and that this matter is hereby DISMISSED WITHOUT PREJUDICE.

_____

J.