# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated, | CASE NO.: 07-cv-6342 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| WELLS FARGO BANK, N.A. | |
| Defendant. | |

      I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served upon counsel for the Defendants by way of the Court's electronic filing system.

Dated: March 19, 2008

Respectfully submitted,

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

   */s/ Edward W. Ciolko*
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard

Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*

3

**ROBERT D. ALLISON &
ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*

3