UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. <br><br> Defendant. | CASE NO.: 07-cv-6342 <br><br><br><br> AMENDED NOTICE OF MOTION |

TO:  David Zev Smith, Esq.             Robert D. Phillips, Jr., Esq.
     Reed Smith, LLP                   Reed Smith, LLP
     10 South Wacker Drive,            Two Embarcadero Center
     40th Floor                         Suite 2000
     Chicago, IL  60606                San Francisco, CA  94111

PLEASE TAKE NOTICE that on Wednesday, March 26, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Samuel Der-Yeghiayan or any other Judge sitting in his place in the courtroom usually occupied by him in Room 1903 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached Motion of Plaintiff to Dismiss.

Dated: March 19, 2008                         Respectfully submitted,

                                              SCHIFFRIN BARROWAY
                                               TOPAZ & KESSLER, LLP


                                              ___/s/ Edward W. Ciolko____
                                              Joseph H. Meltzer
                                              Edward W. Ciolko
                                              Katherine B. Bornstein

Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*