UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　　　　　　Defendant. | CASE NO.: 07-cv-6342<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the Amended Notice of Motion was served upon counsel for the Defendants by way of the Court's electronic filing system.

Dated: March 19, 2008

Respectfully submitted,

**SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP**

　___/s/ Edward W. Ciolko_____
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard

        Steven P. Schneck
        122 S. Michigan Ave., Suite 1850
        Chicago, IL 60603
        Telephone: (312) 427-7600
        Facsimile: (312) 427-1850

        *Attorneys for Judy Williams*