# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | CASE NO.:  07-cv-6342<br><br><br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that a true and correct copy of the Amended Notice of Motion, Plaintiff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2), [Proposed] Order, and Memorandum of Law in Support of Plaintiff's Motion to Dismiss, with Exhibits, was served upon David Zev Smith, Esq., one of the attorneys for the Defendant, by way of the Court's electronic filing system and by overnight delivery upon the following counsel for Defendant:

        Robert D. Phillips, Jr., Esq.
        Reed Smith LLP
        Two Embarcadero Center
        Suite 2000
        San Francisco, CA  94111

Dated: March 19, 2008                            **SCHIFFRIN BARROWAY**
                                                  **TOPAZ & KESSLER, LLP**

                                                  ___/s/ Edward W. Ciolko____
                                                  Joseph H. Meltzer
                                                   Edward W. Ciolko
                                                   Katherine B. Bornstein

Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*