# EXHIBIT C

ADRMOP, E-Filing, PRVADR, REFSET-JCS, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-04309-MMC

Ventura et al v. Wells Fargo Bank NA
Assigned to: Hon. Maxine M. Chesney
Relate Case Case: 3:07-cv-03880-MMC
Cause: 42:405 Fair Housing Act

Date Filed: 08/21/2007
Jury Demand: None
Nature of Suit: 443 Civil Rights: Accomodations
Jurisdiction: Federal Question

**Plaintiff**

**Gilbert Ventura, Sr.**　　represented by　**Andrew S. Friedman**
Bonnett Fairbourn Friedman & Balint, P.C
2901 N. Central Avenue
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: afriedman@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Chavez**
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 93941
415-381-5599
Fax: 415-381-5572
Email: mark@chavezgertler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Jacobsen Harrison**
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012
602-274-1100
Fax: 602-274-1199
Email: wharrison@bffb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie E. Hurst**
Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: LeslieH@csgrr.com
*ATTORNEY TO BE NOTICED*

**Nance Felice Becker**
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
415-381-5599
Fax: 415-381-5572
Email: nance@chavezgertler.com

*ATTORNEY TO BE NOTICED*

**Theodore Joseph Pintar**
Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
(619) 231-1058
Fax: 619-231-7423
Email: TedP@csgrr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy D. Ventura** represented by **Andrew S. Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Chavez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Jacobsen Harrison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie E. Hurst**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Nance Felice Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Joseph Pintar**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Wells Fargo Bank NA** | represented by | **David S. Reidy**<br>Attorney at Law<br>Two Embarcadero Center<br>Suite 2000<br>San Francisco, CA 94111<br>(415) 659-5933<br>Email: dreidy@reedsmith.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert D. Phillips, Jr.**<br>Reed Smith LLP<br>1999 Harrison Street<br>Suite 2400<br>Oakland, CA 94612-3572<br>510-763-2000<br>Fax: 510-273-8832<br>Email: RPhillips@ReedSmith.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2007 | 1 | COMPLAINT; summons issued against Wells Fargo Bank NA (Filing fee $ 350, receipt number 34611009684). Filed by Gilbert Ventura, Sr, Tracy D. Ventura. (slh, COURT STAFF) (Filed on 8/21/2007) Additional attachment(s) added on 11/7/2007 (sv, COURT STAFF). Additional attachment(s) added on 11/13/2007 (slh, COURT STAFF). (Entered: 08/22/2007) |
| 08/21/2007 | 2 | Administrative MOTION to Consider Whether Case Should be Related filed by Gilbert Ventura, Sr, Tracy D. Ventura. (slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 08/21/2007 | 3 | ADR SCHEDULING ORDER: Case Management |

|  |  | Statement due by 11/21/2007. Case Management Conference set for 11/28/2007 01:30 PM. (Attachments: # 1 EMC Standing Order; # 2 Case Management Standing Order)(slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
|---|---|---|
| 08/21/2007 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 8/21/2007) (Entered: 08/22/2007) |
| 09/13/2007 | 5 | MOTION of Andrew S. Friedman for leave to appear in Pro Hac Vice (Filing fee $ 210, receipt number 34611010492) filed by Gilbert Ventura, Sr, Tracy D. Ventura. (slh, COURT STAFF) (Filed on 9/13/2007) (Entered: 09/14/2007) |
| 09/14/2007 | 4 | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (ANDREW S. FRIEDMAN). Signed by Judge Edward M. Chen on 9/14/07. (bpf, COURT STAFF) (Filed on 9/14/2007) (Entered: 09/14/2007) |
| 09/26/2007 | 6 | STIPULATION *Stipulation Extending Time for Defendant Wells Fargo Bank, N.A. to Respond to Complaint* by Wells Fargo Bank NA. (Reidy, David) (Filed on 9/26/2007) (Entered: 09/26/2007) |
| 09/27/2007 | 7 | ORDER re 6 Stipulation filed by Wells Fargo Bank NA. Signed by Judge Edward M. chen on 9/27/07. (bpf, COURT STAFF) (Filed on 9/27/2007) (Entered: 09/27/2007) |
| 10/05/2007 | 8 | ANSWER to Complaint *Answer of Defendant Wells Fargo Bank, N.A., to Plaintiffs' Complaint* by Wells Fargo Bank NA. (Reidy, David) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/05/2007 | 9 | Certificate of Interested Entities by David S. Reidy *Corporate Disclosure and Certificate of Interested Parties of Defendant Wells Fargo Bank, N.A.* (Reidy, David) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/12/2007 | 10 | ORDER RELATING CASES C07-3880 MJJ AND C07-4309 EMC by Judge Martin J. Jenkins granting 2 Motion to Relate Case. (ls, COURT STAFF) (Filed on 10/12/2007) (Entered: 10/15/2007) |
| 10/17/2007 |  | Case Reassigned to Judge Martin J. Jenkins and Martin J. Jenkins. Judge Edward M. Chen no longer assigned to the case. (as, COURT STAFF) (Filed on 10/17/2007) (Entered: 10/17/2007) |
| 10/18/2007 | 11 | CLERK'S NOTICE: Initial Case Management Conference set for 12/18/2007 02:00 PM. (rbe, COURT STAFF) |

|  |  |  |
|---|---|---|
|  |  | (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 10/30/2007 | 12 | NOTICE of Appearance by Theodore Joseph Pintar and John J. Stoia, Jr. (Pintar, Theodore) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 11/02/2007 | 13 | CLERK'S NOTICE re: Failure to E-File. (sv, COURT STAFF) (Filed on 11/2/2007) (Entered: 11/02/2007) |
| 11/08/2007 | 14 | NOTICE by Gilbert Ventura, Sr, Tracy D. Ventura *Setting CMC on Reassignment* (Becker, Nance) (Filed on 11/8/2007) (Entered: 11/08/2007) |
| 11/20/2007 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Attachments: # 1 Signature Page (Declarations/Stipulations))(Harrison, Wendy) (Filed on 11/20/2007) (Entered: 11/20/2007) |
| 11/21/2007 | 16 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *ADR Certification by Parties and Counsel* (Reidy, David) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 17 | STIPULATION *STIPULATION RE SELECTING ADR PROCESS* by Wells Fargo Bank NA. (Reidy, David) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/27/2007 | 18 | STIPULATION and ORDER selecting ADR process. REFERRING CASE to Private ADR. Signed by Judge Martin J. Jenkins on 11/26/07. (rbe, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/27/2007) |
| 12/07/2007 | 19 | JOINT CASE MANAGEMENT STATEMENT *Joint Rule 26(F) Report and Case Management Conference Statement* filed by Wells Fargo Bank NA. (Reidy, David) (Filed on 12/7/2007) (Entered: 12/07/2007) |
| 12/11/2007 | 20 | STIPULATION *Stipulation and [Proposed] Protective Order Regarding Private Consumer Information* by Wells Fargo Bank NA. (Reidy, David) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/11/2007 | 21 | STIPULATION *Stipulation and [Proposed] Protective Order Regarding Confidential and Trade Secret Information* by Wells Fargo Bank NA. (Reidy, David) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/17/2007 | 22 | ORDER REGARDING PROTECTIVE ORDER. Signed by Judge Martin J. Jenkins on 12/17/2007. (mjjlc1, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/17/2007) |
| 12/17/2007 | 23 | ORDER REGARDING PROTECTIVE ORDER. Signed by Judge Martin J. Jenkins on 12/17/2007. (mjjlc1, COURT STAFF) (Filed on 12/17/2007) (Entered: |

| | | |
|---|---|---|
| | | 12/17/2007) |
| 12/18/2007 | 24 | Minute Entry: Initial Case Management Conference held on 12/18/2007 before Judge Martin J. Jenkins. Telephonic Status Conference set for 2/26/2008 01:45 PM in Courtroom 11, 19th Floor, San Francisco. (not reported) (rbe, COURT STAFF) (Date Filed: 12/18/2007) (Entered: 12/18/2007) |
| 01/03/2008 | 25 | NOTICE by Wells Fargo Bank NA - - *Defendant Wells Fargo Bank, N.A.'s Notice of Filing Copies of Its Motion to Transfer Before Judicial Panel on Multidistrict Litigation* (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 26 | NOTICE by Wells Fargo Bank NA *to Transfer Actions for Consolidated and Coordinated Pretrial Proceedings Pursuant to 28 USC 1407* (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 27 | MOTION to Transfer Case - *Under 28 USC 1407 - Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings* filed by Wells Fargo Bank NA. (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 28 | EXHIBITS re 27 MOTION to Transfer Case - *Under 28 USC 1407 - Motion to Transfer for Consolidated and Coordinated Pretrial Proceedings* filed by Wells Fargo Bank NA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C1, # 4 Exhibit C2, # 5 Exhibit C3, # 6 Exhibit C4)(Related document(s) 27 ) (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 29 | Brief - *Memorandum In Support of Motion of Wells Fargo, N.A. Under 28 USC 1407 to Transfer for Consolidated and Coordinated Pretrial Proceedings* filed by Wells Fargo Bank NA. (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 30 | NOTICE of Appearance by Robert D. Phillips, Jr (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 31 | Brief - *Reasons Why Oral Argument Should Be Heard* filed by Wells Fargo Bank NA. (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 32 | Brief - - *Corporate Disclosure Statement* filed by Wells Fargo Bank NA. (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/03/2008 | 33 | CERTIFICATE OF SERVICE by Wells Fargo Bank NA re 27 MOTION to Transfer Case - *Under 28 USC 1407 - Motion to Transfer for Consolidated and Coordinated* |

| | | |
|---|---|---|
| | | *Pretrial Proceedings*, 29 Brief, 31 Brief, 30 Notice of Appearance, 32 Brief, 28 Exhibits, 26 Notice (Other) (Phillips, Robert) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/08/2008 | 34 | PRETRIAL ORDER. ORDER REFERRING CASE to Magistrate Judge for Settlement. Signed by Judge Martin J. Jenkins on 1/8/2008. Telephone Status Conference set for 2/26/2008 01:45 PM. (mat, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/10/2008) |
| 01/08/2008 | 35 | ORDER granting 48 Proposed Pretial Order No. 1. Signed by Judge Martin J. Jenkins on 1/8/2008. (mat, COURT STAFF) (Filed on 1/8/2008) (Entered: 01/10/2008) |
| 01/28/2008 | 36 | ORDER GRANTING (54 in 3:07-cv-03880-MJJ) Stipulation Continuing Deadline To Make Initial Disclosures filed by Wells Fargo Bank N.A.. Signed by Judge Martin J. Jenkins on 1/28/2008. (mat, COURT STAFF) (Filed on 1/28/2008) (Entered: 01/29/2008) |
| 01/30/2008 | 37 | NOTICE of Appearance by Leslie E. Hurst (Hurst, Leslie) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 02/13/2008 | 38 | ORDER granting (66 in 3:07-cv-03880-MJJ) Stipulation to Continue Briefing Schedule filed by Wells Fargo Bank N.A.. Signed by Judge Martin J. Jenkins on 2/13/2008. (mat, COURT STAFF) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/15/2008 | 39 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Maxine M. Chesney for all further proceedings. Judge Hon. Martin J. Jenkins no longer assigned to case. Signed by the Executive Committee on 2/15/08. (aaa, Court Staff) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/21/2008 | 40 | RELATED CASE ORDER. Brown v. Wells Fargo Bank, N.A., C-08-492 JSW, is related to Jeffries v. Wells Fargo Bank, N.A., C-07-3880 MMC and to Ventura v. Wells Fargo Bank, C-07-4309 MMC. Counsel are instructed that all future filings in Brown v. Wells Fargo Bank, N.A., are to bear the initials MMC immediately after the case number. Signed by Judge Maxine M. Chesney on February 21, 2008. (mmclc1, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 41 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 5/2/2008 10:30 AM. Case Management Statement due by 4/25/2008.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Judge Chesney's Standing Orders)(tl, COURT STAFF) (Filed on 2/21/2008) (Entered: 02/21/2008) |

| 02/22/2008 | 42 | CERTIFICATE OF SERVICE by Gilbert Ventura, Sr, Tracy D. Ventura re 41 Terminate Hearings,, Case Management Scheduling Order, (Chavez, Mark) (Filed on 2/22/2008) (Entered: 02/22/2008) |
|---|---|---|
| 03/24/2008 | 43 | ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING DECISION ON TRANSFER; VACATING HEARING. The Case Management Conference remains as scheduled for May 2, 2008. In the event the JPML has not issued a ruling by April 25, 2008, the parties may submit a stipulation and a proposed order to continue the Case Management Conference. Signed by Judge Maxine M. Chesney on March 24, 2008. (mmclc1, COURT STAFF) (Filed on 3/24/2008) (Entered: 03/24/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/25/2008 06:47:40 | | | |
| PACER Login: | sb0415 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-04309-MMC |
| Billable Pages: | 4 | Cost: | 0.32 |