UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. <br><br> Defendant. | CASE NO.: 07-cv-6342 <br><br><br><br> **CERTIFICATE OF SERVICE** |

    I hereby certify that a true and correct copy of the Reply in Further Support of Plaintiff's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2), with Exhibits, was served upon David Zev Smith, Esq., attorney for the Defendant, by way of the Court's electronic filing system.


Dated: March 25, 2008

    **SCHIFFRIN BARROWAY**
    **TOPAZ & KESSLER, LLP**


    */s/ Edward W. Ciolko*
    Joseph H. Meltzer
    Edward W. Ciolko
    Katherine B. Bornstein
    Joseph A. Weeden
    280 King of Prussia Road
    Radnor, Pennsylvania 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

    **ROBERT D. ALLISON & ASSOC.**
    Robert D. Allison, I.D. #36749
    Bruce C. Howard
    Steven P. Schneck
    122 S. Michigan Ave., Suite 1850
    Chicago, IL 60603

Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*

Case 1:07-cv-06342  Document 42-5  Filed 03/25/2008  Page 2 of 2