

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

April 22, 2008

California Northern District Court
Phillip Burton United States
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

RE: Williams v. Wells Fargo Bank, N.A.
Case No: 07-6342

Dear Clerk:

Pursuant to the order entered by the MDL Panel, on April 10, 2008, the above record

▪   was electronically transmitted to California Northern District Court

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ *Kinielle Johnson*
         Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:   Non-ECF Attorneys and Pro se Parties



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

April 22, 2008

California Northern District Court
Phillip Burton United States
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

RE: Williams v. Wells Fargo Bank, N.A.
Case No: 07-6342

Dear Clerk:

Pursuant to the order entered by the MDL Panel, on April 10, 2008, the above record

■    was electronically transmitted to California Northern District Court

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                  Sincerely yours,

                                  Michael W. Dobbins, Clerk

                                By:    /s/ *Kinielle Johnson*
                                              Deputy Clerk

Enclosures

New Case No. _____       Date _____

cc:    Non-ECF Attorneys and Pro se Parties