**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>　　　　　　Defendant. | CASE NO.: 07-cv-6342<br><br><br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS** |

　　Please take notice that Plaintiff Judy Williams hereby withdraws her Motion to Dismiss, filed on or about March 19, 2008, in the above-captioned matter. Notice of withdrawal of Plaintiff's Motion to Dismiss has also been filed this day in the United States District Court in the Northern District of California, where this matter is now pending pursuant to the Transfer Order entered April 10, 2008 (*see* 43 and 44).

Dated:　　May 5, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**SCHIFFRIN BARROWAY
　　　　　　　　　　　　　　　　　　　　　　　　TOPAZ & KESSLER, LLP**


　　　　　　　　　　　　　　　　　　　　　　　___/s/ Edward W. Ciolko_____
　　　　　　　　　　　　　　　　　　　　　　　Joseph H. Meltzer
　　　　　　　　　　　　　　　　　　　　　　　Edward W. Ciolko
　　　　　　　　　　　　　　　　　　　　　　　Katherine B. Bornstein