# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUDY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>            Defendant. | CASE NO.: 07-cv-6342<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of Plaintiff's Notice of Withdrawal Motion to Dismiss and Certificate of Service was served upon David Zev Smith, Esq., one of the attorneys for the Defendant, by way of the Court's electronic filing system and by overnight delivery upon the following counsel for Defendant:

> Robert D. Phillips, Jr., Esq.
> Reed Smith LLP
> Two Embarcadero Center
> Suite 2000
> San Francisco, CA 94111

Dated: May 5, 2008

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

    ___*/s/ Edward W. Ciolko*____
Joseph H. Meltzer
Edward W. Ciolko
Katherine B. Bornstein
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

                          **ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison, I.D. #36749
Bruce C. Howard
Steven P. Schneck
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
Telephone: (312) 427-7600
Facsimile: (312) 427-1850

*Attorneys for Judy Williams*