UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Judy Williams
                    Plaintiff,

v.                                  Case No.: 1:07−cv−06342
                                Honorable Samuel Der−Yeghiayan

Wells Fargo Bank, N.A.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: This matter is before the court on Plaintiff Judy Williams' motion to withdraw her motion to dismiss. On April 10, 2008, this case was transferred to the United States District Court for the Northern District of California, pursuant to an order from the United States Judicial Panel on Multidistrict Litigation. Therefore, this case is no longer before this court and we deny the instant motion [45] as improper. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.